UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY CHARLES NUGENT, | No. 2:23-cv-01017-JDP (PC) |
| Plaintiff, | ORDER DENYING PLAINTIFF'S REQUEST FOR COPIES WITHOUT PREJUDICE TO RE-FILING |
| v. | |
| SARGENT, *et al.*, | ECF No. 15 |
| Defendants. | |

On November 15, 2023, plaintiff filed a request for copies. ECF No. 15. She states that she received legal documents from the court on November 1, 2023, but that staff at Mule Creek State Prison removed some documents. Plaintiff claims to have received only four pages. Additionally, plaintiff states, "I would like to add this to my already document lawsuit I have against Mule Creek State Prison." *Id.*

Plaintiff's request for copies is denied without prejudice to re-filing. Plaintiff needs to inform the court which documents she is missing. The most recent court order issued on October 19, 2023, and that order found service of the complaint appropriate and directed service of the defendants. ECF No. 11. On the same day, the court sent plaintiff the summons and notice regarding consent or request for reassignment. ECF Nos. 12 & 13.

As the complaint stands, there are only claims against individual defendants, not Mule Creek. Plaintiff is allowed to seek leave to amend her complaint, however, plaintiff is cautioned

1

that claims in an amended complaint must be sufficiently related. *See* Fed. R. Civ. P. 15 & 20(a).

Accordingly, plaintiff's request for copies, ECF No. 15, is denied without prejudice to re-filing.

IT IS SO ORDERED.

Dated:   November 27, 2023

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE